**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
        vs.                CASE/CITATION NO. 3:15-cr-0002CMK

Curtis D. Steele         **ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

       CITY         STATE      ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 5-14-15             _____
                          DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**
1 year summary court probation; probation to terminate upon payment.
[X] Fine: $ 1,475.00 and a penalty assessment of $ 25.00 for a TOTAL
AMOUNT OF: $ 1,500.00 within ___ by 9-1-15 days/months; or payments of $ _____ per
month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( )   Community Service _____ with fees not to exceed $ _____
       completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

USDC
CENTRAL VIOLATIONS BUREAU (SA)
POST OFFICE BOX 740026
ATLANTA, GA  30374-0026

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA  93721

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA  95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 5-14-15        _____
                     U.S. MAGISTRATE JUDGE

Clerk's Office

